# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20- cr-00374-BR |
| v. | ORDER DISMISSING INFORMATION WITHOUT PREJUDICE |
| TAYLOR CHARLES LEMONS, | |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

This matter, having come before the Court on the government's motion to dismiss the information without prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, Taylor Charles Lemons, in the above-captioned case be DISMISSED without prejudice.

Dated: August 31, 2020.

/s/ Anna J. Brown
_____
HONORABLE ANNA J. BROWN
United States Senior District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney